NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE ABBOTT DIABETES CARE, INC.

---

2011-1516, -1517
(Reexamination Nos. 90/007,903, 90/007,910)

---

Appeals from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

## ON MOTION

---

## ORDER

Abbott Diabetes Care, Inc. ("Abbott") moves for a 30-day extension of time, until March 14, 2012, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for an extension of time is granted.

FOR THE COURT

FEB 2 1 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 1 2012

JAN HORBALY
CLERK

cc: Gregory A. Castanias, Esq.
Raymond T. Chen, Esq.

s25